# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TINA SHEREE BELL | § § | |
| v. | § § | CIVIL ACTION NO. 3:24-CV-2972-S-BT |
| LB2 COMMUNITIES, et al. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Because the plaintiff failed to pay the full $405.00 filing fee or a motion to proceed *in forma pauperis* within the time to object to the United States Magistrate Judge's recommendation to dismiss this case under Federal Rule of Civil Procedure 41(b), by separate judgment, Plaintiff Tina Sheree Bell's case will be **DISMISSED**.

**SO ORDERED.**

SIGNED February 25, 2025.

*[signature]*

**UNITED STATES DISTRICT JUDGE**